BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LARRY SANDERSON<br><br>Defendant. | No. CR-10-185 MMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING<br><br>**CURRENT HEARING DATE:** November 17, 2010, at 2:30 p.m.<br><br>**PROPOSED HEARING DATE:** December 1, 2010, at 2:30 p.m. |

1. Mr. Sanderson, who is charged with possession of child pornography, is currently scheduled to enter his change of plea and be sentenced on November 17, 2010, at 2:30 p.m.

2. AFPD Rita Bosworth and AUSA Owen Martikan, the attorneys on this case, are both scheduled to appear before Judge Walker on other matters on November 17, 2010, at 2:30 p.m., as well. Judge Walker moved his criminal calendar from 10:00 a.m. to 2:30 p.m. after the parties had already scheduled Mr. Sanderson's hearing. Neither Court is able to accommodate the hearings that counsel are involved in at other times that day, creating irreconcilable conflict.

3. Because Mr. Sanderson's hearing is both a change of plea and a contested sentence, the parties anticipate that the hearing will be lengthy. One of Ms. Bosworth's appearances before Judge Walker is also expected to be lengthy. Inevitably, this scheduling

1  conflict will cause one or both Courts delay.

2      4.   In order to alleviate this conflict and prevent unnecessary waste of judicial time
3  and resources, the parties jointly request that the Court continue Mr. Sanderson's change of plea
4  and sentence to December 1, 2010, at 2:30 p.m.

5      5.   The parties agree that the time between November 17, 2010, and December 1,
6  2010, is properly excluded under the Speedy Trial Act for continuity of counsel.

8      IT IS SO STIPULATED.

9      11/16/10                                                                    /s/
10 _____          _____
    DATED                                                              RITA BOSWORTH
11                                                                    Assistant Federal Public Defender

13     11/16/10                                                                  /s/
14 _____          _____
    DATED                                                              OWEN MARTIKAN
15                                                                    Assistant United States Attorney

16     IT IS SO ORDERED.

18  November 16, 2010
    DATED                                                             MAXINE CHESNEY
19                                                                    United States District Judge