BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-185 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO EXTEND DEFENDANT'S |
| v. ) | SELF SURRENDER DATE TO MARCH 9, |
| ) | 2011, at 2:00 P.M. |
| ROBERT LARRY SANDERSON ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    1. On December 2, 2010, Mr. Sanderson was sentenced to 66 months in custody. The Court ordered Mr. Sanderson to surrender to his designated federal facility on February 7, 2011.

    2. On January 25, Mr. Sanderson contacted defense counsel and stated that he had not yet received any notification as to where he should report on February 7. Defense counsel told Mr. Sanderson to contact her again if he had not received notification one week in advance of February 7.

    3. On January 31, 2011, one week before the date by which he was ordered to self surrender, Mr. Sanderson again contacted defense counsel and stated that he still had not

Stip. & [Proposed] Order to Extend Date;
*U.S. v. Sanderson*, 10-185 MMC            1

1  received any notification as to a location for his self surrender.

2      4.    On January 31, 2011, the federal defender's office contacted the United States
3  Marshal Service. The marshals checked their database for Mr. Sanderson and confirmed that he
4  has not yet been designated to a federal facility. They did not know why there has been such a
5  delay, and they did not know when to expect a designation. The Marshals indicated that they
6  would look into it. As of the date of this filing, no further information has been received.

7      5.    In light of the Bureau of Prisons' delay in designating a facility where Mr.
8  Sanderson will serve his sentence and its inability to predict when it might be able to do so, Mr.
9  Sanderson requests that the Court extend his self surrender date by thirty days to March 9, 2011.
10 Since the time he was sentenced on December 2, Mr. Sanderson has been in compliance with his
11 conditions of release.

12     7.    The government does not object to Mr. Sanderson's request for an extension of
13 the date on which to self surrender.

16     IT IS SO STIPULATED.

17     2/2/11        /s/

18 _____    _____
19 DATED        OWEN MARTIKAN
    Assistant United States Attorney

21     2/2/11        /s/

22 _____    _____
    DATED        RITA BOSWORTH
    Assistant Federal Public Defender

1    IT IS SO ORDERED.  Sanderson shall surrender to his designated federal facility by
2    March 9, 2011.

3

4  _February 3, 2011___                          /s/ Maxine M. Chesney
   DATED                                         MAXINE CHESNEY
5                                                United States District Judge